MOTION #3-ALBANY MOTION DAY- 5/12/08   (argued in Binghamton, NY)
HONORABLE THOMAS J. MCAVOY, DISTRICT JUDGE - PRESIDING
CLERK:       C. Ligas
STENO:       V. Theleman
LC     :     S. Eisenberg

9:00 AM       Court meets.

3.     JOSHUA S. GOODRICH, et al

              V.                                              3:06-CV-1435

       WFS FINANCIAL, INC., et al


       1.     DEFTS RENAISSANCE RECOVERY SOLUTIONS, NY RECOVERY, WFS
              FINANCIAL MOTION FOR PARTIAL SUMMARY JUDGMENT [58] -
              **GRANTED IN PART / DENIED IN PART; and,**

       2.     PLTFS MOTION FOR SUMMARY JUDGMENT AS TO LIABILITY [59] -
              **DENIED; pltfs' FDCPA claims against defts Renaissance Recovery & NY
              Recovery are dismissed; pltfs' remaining claims are dismissed w/out
              prejudice.  Atty Gallin directed to submit proposed order upon notice to
              pltfs' counsel w/in next 11 days.**


       APPEARANCES:      KENNETH HILLER, ESQ. FOR PLTFS

                         METHFESSEL, WERBEL LAW FIRM BY: FREDRIC GALLIN,
                         ESQ.   FOR DEFTS WFS Financial, Renaissance Recovery
                         Solutions, NY Recovery


9:38 AM       Court stands adjourned.